# UNITED STATES DISTRICT COURT

__SOUTHERN__ District of __CALIFORNIA__

**FILED**
08 AUG 28 PM 2:46

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

In the Matter of the Search of
(Name, address or brief description of person or property to be searched)

**SEARCH WARRANT**

BY: _ecl_   DEPUTY

Premises Known as:
4241 Logan Avenue Apartment B
San Diego, California 92113

Case Number: **'08 MJ 2594**

TO: __Any FBI Special Agent__ and any Authorized Officer of the United States

Affidavit(s) having been made before me by __FBI Special Agent Jamie S. Arnold__ who has reason to believe
                                            Affiant

that ☐ on the person of, or ☒ on the premises known as (name, description and/or location)

4241 Logan Avenue Apartment B
San Diego, California 92113
Further described in Attachment A

in the __SOUTHERN__ District of __CALIFORNIA__ there is now concealed a certain person or property, namely (describe the person or property)

Those items set forth in Attachment B
which are the fruits, evidence and instrumentalities concerning a violation of Title 8 United States Code, Section(s) 1324(a)(1)(A)(iii)(Harboring Aliens); 1324(a)(1)(A)(ii)(Transportation of Aliens; and Conspiracy to Harbor and Transport Aliens in violation of Title 8, U.S.C. Section(s) 1324(a)(1)(A)(v)(I), 1324(a)(1)(A)(iii) and 1324(a)(1)(A)(ii).

I am satisfied that the affidavit(s) and any record testimony establish probable cause to believe that the person or property so described is now concealed on the person or premises above-described and establish grounds for the issuance of this warrant.

YOU ARE HEREBY COMMANDED to search on or before __9/1/08__
                                                     Date
(not to exceed 10 days) the person or place named above for the person or property specified, serving this warrant and making the search ☒ in the daytime — 6:00 AM to 10:00 P.M. ☐ ~~at anytime in the day or night as I find reasonable cause has been established~~ and if the person or property be found there to seize same, leaving a copy of this warrant and receipt for the person or property taken, and prepare a written inventory of the person or property seized and promptly return this warrant to

**BARBARA L. MAJOR
U.S. MAGISTRATE JUDGE** as required by law.
U.S. Judge or Magistrate

__8/22/08 at 12:13 pm__ at __SAN DIEGO, CALIF.__
Date and Time Issued                                    City and State

**BARBARA L. MAJOR
U.S. MAGISTRATE JUDGE**                           _/s/ Barbara L. Major_
Name and Title of Judicial Officer                  Signature of Judicial Officer

AO 93    (Rev. 8/98)  Search Warrant (Reverse)

| RETURN | | Case Number: |
|---|---|---|
| DATE WARRANT RECEIVED<br>8/22/08 | DATE AND TIME WARRANT EXECUTED<br>8/26/08  6:15 am | COPY OF WARRANT AND RECEIPT FOR ITEMS LEFT WITH<br>Left on the premises |
| INVENTORY MADE IN THE PRESENCE OF<br>FBI SA Hector Luna | | |

INVENTORY OF PERSON OR PROPERTY TAKEN PURSUANT TO THE WARRANT

Living Room
- 4 Envelopes and papers with handwriting

Kitchen
- 1 Panasonic cell phone
- 5 Envelopes
- 1 CA License plate w/paperwork
- Bills, receipts and papers
- 3 phone cards

Master Bedroom
- $700.00 US currency
- 1 cell phone - Motorola
- Money transfer paperwork
- Business cards
- 1 Phone card
- DMV release of liability

Hall Closet
- assorted bills and envelopes

Living Room
- USB drive

Bedroom
- 1 SIM card
- 2 phone cards  - Various receipts

**CERTIFICATION**

I swear that this inventory is a true and detailed account of the person or property taken by me on the warrant.

Subscribed, sworn to, and returned before me this date.

_____        8/28/08
U.S. Judge or Magistrate                Date